IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY D. LAMAR                                                                                     PLAINTIFF
ADC # 120479

v.                                            4:24CV00250-LPR-JTK

DONNA DYCUS, et al.                                                                                 DEFENDANTS

**ORDER**

Anthony D. Lamar ("Plaintiff") filed a pro se Complaint pursuant to 42 U.S.C. § 1983 against multiple officials at the Ouachita River Unit of the Arkansas Division of Correction ("ADC") and other ADC officials. (Doc. No. 2). Plaintiff alleges Defendants Dycus, Byers, Straughn, and Griffin—all employed at the Ouachita River Unit—failed to follow ADC policy and violated Plaintiff's constitutional rights in connection with his participation in the Ouachita River Unit's Reduction of Sexual Victimization Program ("RSVP"). Plaintiff's allegations against Defendants Brown, Profiri, Payne, and Parker are related to Plaintiff being dismissed from, or not being allowed to return to, the RSVP at the Ouachita River Unit.

The Ouachita River Unit of the ADC is in Malvern, Arkansas, which lies in the Western District of Arkansas.

Because of the Defendants named and allegations made, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas.   See 28 U.S.C. § 1406(a).[1]

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."   Id.

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas.

IT IS SO ORDERED this 19th day of March, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE